ATTORNEY'S NAME: Aisola, Larry M 27934
AND ADDRESS: 530 E. JUDGE PEREZ DRIVE SUITE B, Chalmette, LA 70043

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2023-03592** **DIVISION: A** **SECTION: 16**

**CALDWELL, HEATHER**

**Versus**

**INSTITUTE OF ACADEMIC EXCELLENCE ET AL**

## CITATION

TO: SHARON L. CLARK
1426 NAPOLEON AVE., NEW ORLEANS, LA 70115

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ____________________**
**Jasmine Bryant, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ____ day of __________ served a copy of the within

Petition for Damages

ON SHARON L. CLARK

THROUGH:

Returned the same day

__________ No. __________

Deputy Sheriff of __________

Mileage: $ __________

_____ / ENTERED / _____

PAPER RETURN

_____ / _____ / _____

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ____ day of __________ served a copy of the within

Petition for Damages

ON SHARON L. CLARK

THROUGH:

by leaving same at the dwelling house, or usual place of abode, in the hands of __________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SHARON L. CLARK being absent from the domicile at time of said service.

Returned the same day

__________ No. __________

Deputy Sheriff of __________

EXHIBIT
tabbies
1

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Aisola, Larry M 27934
AND ADDRESS: 530 E. JUDGE PEREZ DRIVE SUITE B, Chalmette, LA 70043

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2023-03592** **DIVISION: A** **SECTION: 16**

**CALDWELL, HEATHER**

**Versus**

**INSTITUTE OF ACADEMIC EXCELLENCE ET AL**

**CITATION**

TO: SHARON L. CLARK
1426 NAPOLEON AVE., NEW ORLEANS, LA 70115

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ______________
**Jasmine Bryant, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ________ day of ________________ served a copy of the within | On this ________ day of ________________ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **SHARON L. CLARK** | ON **SHARON L. CLARK** |
| THROUGH: | THROUGH: |
| Returned the same day<br>________________ No. ________ | by leaving same at the dwelling house, or usual place of abode, in the hands of ________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SHARON L. CLARK** being absent from the domicile at time of said service. |
| Deputy Sheriff of ________________ | Returned the same day<br>________________ No. ________ |
| Mileage: $ ________________ | Deputy Sheriff of ________________ |
| ________ / ENTERED / ________<br>PAPER RETURN<br>____ / ____ / ____<br>SERIAL NO. DEPUTY PARISH | |

**ATTORNEY'S NAME:** Aisola, Larry M 27934
**AND ADDRESS:** 530 E. JUDGE PEREZ DRIVE SUITE B, Chalmette, LA 70043

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2023-03592** **DIVISION: A** **SECTION: 16**

**CALDWELL, HEATHER**

**Versus**

**INSTITUTE OF ACADEMIC EXCELLENCE ET AL**

## CITATION

TO: SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE

THROUGH: AGENT FOR SERVICE: SHARON L. CLARK
1426 NAPOLEON AVE., NEW ORLEANS, LA 70115

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by __________________**
**Jasmine Bryant, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ____ day of ________ served a copy of the within

**Petition for Damages**

ON SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE

THROUGH: AGENT FOR SERVICE: SHARON L. CLARK

Returned the same day

________ No. ________

Deputy Sheriff of ________

Mileage: $ ________

____ / ENTERED / ____

PAPER RETURN

____ / ____ / ____

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ____ day of ________ served a copy of the within

**Petition for Damages**

ON SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE

THROUGH: AGENT FOR SERVICE: SHARON L. CLARK

by leaving same at the dwelling house, or usual place of abode, in the hands of ________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE being absent from the domicile at time of said service.

Returned the same day

________ No. ________

Deputy Sheriff of ________

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Aisola, Larry M 27934
**AND ADDRESS:** 530 E. JUDGE PEREZ DRIVE SUITE B, Chalmette, LA 70043

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
**STATE OF LOUISIANA**

**NO: 2023-03592** **DIVISION: A** **SECTION: 16**

**CALDWELL, HEATHER**

**Versus**

**INSTITUTE OF ACADEMIC EXCELLENCE ET AL**

**CITATION**

TO: SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE
THROUGH: AGENT FOR SERVICE: SHARON L. CLARK
1426 NAPOLEON AVE., NEW ORLEANS, LA 70115

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ______
**Jasmine Bryant, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ______ day of ______ ______ served a copy of the within | On this ______ day of ______ ______ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE** | ON **SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE** |
| THROUGH: **AGENT FOR SERVICE: SHARON L. CLARK** | THROUGH: **AGENT FOR SERVICE: SHARON L. CLARK** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of ______ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SOPHIE B. WRIGHT HIGH SCHOOL A/D/B INSTITUTE FOR ACADEMIC EXCELLENCE** being absent from the domicile at time of said service. |
| ______ No. ______ | Returned the same day |
| Deputy Sheriff of ______ | ______ No. ______ |
| Mileage: $ ______ | Deputy Sheriff of ______ |
| ______ / ENTERED / ______ | |
| PAPER RETURN | |
| ______ / ______ / ______ | |
| SERIAL NO. DEPUTY PARISH | |

ID: 11126983

2023-03592
FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT
A
Section 16

| | |
|---|---|
| **HEATHER CALDWELL** | **DOCKET NO.: ________ SEC.:** |
| **VERSUS** | **CIVIL DISTRICT COURT** |
| **INSTITITUTE OF ACADEMIC EXCELLENCE A/D/B SOPHIE B. WRIGHT HIGH SCHOOL, A B C INSURANCE COMPANY AND SHARON L. CLARK** | **PARISH OF ORLEANS** |
| | **STATE OF LOUISIANA** |

**********************************************************************

# PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes petitioner, **HEATHER CALDWELL,** a person of full age of majority and residents of the Parish of Orleans and State of Louisiana, respectfully represents, that:

1.

a. Defendant, **Sharon L. Clark**, a person of the full age of majority and a resident of Parish of Orleans and the State of Louisiana; and at all times material herein was the Charter School Director in this matter and insured by **A B C Insurance Company** on August 25, 2021;

b. Defendant, **Sophie B. Wright High School a/d/b Institute of Academic Excellence**, Non-Profit Corporation authorized to do and doing business in the State of Louisiana, which may be served through its company representative, Charter School Director, **Sharon L. Clark** at 1426 Napoleon Ave., New Orleans, Louisiana 70115;

c. Defendant, **A B C Insurance Company**, which name is being used until the actual identity can be ascertained, according to information and belief, a foreign insurance company authorized to do and doing business in this parish and state; at all times material herein, **A B C Insurance Company** did have in full force and effect a policy of liability insurance covering **Sharon L. Clark** and Sophie B. Wright High School a/d/b Institute of Academic Excellence, for the acts of negligence complained of herein on August 25, 2021.

2.

The defendants, **Sharon L. Clark, Sophie B. Wright High School a/d/b Institute for Academic Excellence**, and **A B C Insurance Company**, are jointly,

VERIFIED
Amber Sheeler
2023 APR 24 A 09:09
E-Filed

2023-03592
A
Section 16
FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT

solidary and/or in solido liable and responsible to petitioner for herein described and enumerated damages for the following reasons:

3.

On or about August 25, 2021, Plaintiff, **Heather Caldwell,** was a teacher at Sophie B. Wright High School. Plaintiff informed the school that she did not want to take the covid-19 vaccination due to her religion. Plaintiff did follow the instruction concerning weekly testing for covid-19 on Monday and Wednesday.

4.

At the same time, **Sharon L. Clark** was Charter School Director. On June 21, 2021, Ms. Clark provided the plaintiff with a contract for the school year. Plaintiff accepted and started working as a Social Studies High School teacher. On August 2, 2021, Ms. Clark provided plaintiff with a letter encouraging all staff members to get vaccinated. Plaintiff informed Ms. Clark of her religion beliefs and non-wish for the covid-19 vaccination. As required, plaintiff provided Ms. Clark with weekly test results on Monday and Wednesday.

5.

On August 25, 2021, Ms. Clark terminated plaintiff's contract with the school due to region and her beliefs concerning vaccination. On December 22, 2021, plaintiff digitally singed charge of discrimination with the EEOC. On January 23, 2023, U.S. EEOC provided plaintiff with notice of your right to sue.

6.

As a result of the above-described discrimination, **Heather Caldwell** sustained serious and permanent injuries, which have necessitated and will continue to necessitate medical treatment and therapy.

7.

As a result of the above-described incident, plaintiff, **Heather Caldwell**, sustained injuries including, but not limited to:

1) Benefits - past, present and future;
2) Reinstatement - past, present and future;
3) Reasonable attorney's fees;
4) Court costs; and



E-Filed

2023-03592
A
Section 16

FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT

5) Other injuries which may be discovered and will be more fully established at trial.

8.

Plaintiff, **Heather Caldwell**, claims the following damages as a result of the collision and injuries:

1) Physical pain and suffering - past, present and future;
2) Mental pain, anguish and distress - past, present, and future;
3) Loss of enjoyment of life - past, present, and future;
4) Physical, Cognitive and Mental Disability - past, present, and future;
5) Medical expenses - past, present, and future;
6) Loss wages-past, present, and future;
7) Experts' fees; and
8) Other elements of damages to be more fully set forth at the trial of this matter.

9.

**Heather Caldwell's** children's claims the following damages as a result of this accident and injuries:

1) Loss of consortium, income, support, love, society, and services;
2) Loss of companionship; and
3) Other elements of consortium and damages to more fully set forth at the trial of this matter.

11.

The plaintiff's termination described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence and intentional fault of **Sharon L. Clark and Sophie B. Wright High School a/d/b Institute for Academic Excellence** in the following, non-exclusive, particulars, to-wit;

1) Intentional discrimination practices in employment;
2) Religion discrimination in place of employment;
3) In Violation of constitution free religion;
4) In operating in a wanton and reckless manner with no regard for the rights of others religion and free worship;
5) In violation of constitution in instruction, training, and/or procedures;
6) In violation of La. R.S. 23:332;



E-Filed

2023-03592
A
Section 16

FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT

7) In violation of La. R.S. 23:303; and

8) Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure, including violations of state and city traffic regulations and ordinances.

14.

Plaintiff is informed, believe, and therefore allege that at the time of the incident the defendant, **A B C Insurance Company**, had issued a liability insurance policy to **Sharon L. Clark** and **Sophie B. Wright High School** a/d/b **Institute for Academic Excellence,** and under the laws of the State of Louisiana, was in full force and effect at the time of the incident, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute. L.A. R.S. 22:1269.

15.

Plaintiffs aver that defendants, **Sharon L. Clark, Sophie B. Wright High School a/d/b institute for Academic Excellence** and **A B C Insurance Company**, are liable for all such injuries caused by their fault and neglect pursuant to LA C.C. art. 2315 and LA. R.S. 23:303A.

16.

With these public records filing, **Heather Caldwell** hereby asserts a reservation of rights to proceed in suit against any and all persons and/or entities who may be deemed liable unto **Heather Caldwell** for any and all of the damages she has been caused to experience and suffer as a result of the discrimination incident referenced herein.

**WHEREFORE PLAINTIFF PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiffs, **Heather Caldwell,** and against the defendants **Sharon L. Clark, Sophie B. Wright High School a/d/b Institute for Academic Excellence** and **A B C Insurance Company,**, individually, jointly, severally, and in solido for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, reasonable attorney's fees, and for all cost of these proceedings.



E-Filed

2023-03592
A
Section 16

FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT

Respectfully submitted,

/s/ Larry M. Aisola, Jr.
Larry M. Aisola Jr., Esq. (27934)
Attorney for Petitioners
8352 Lafitte Ct., Suite B
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
LawLMAJ@aol.com

/s/Gavin M. Richard
**THE LAW OFFICES OF GAVIN M. RICHARD, LLC.**
Gavin M. Richard (Bar Roll #35977)
1100 Poydras Street., Ste. 2900
New Orleans, LA 70163
Phone: 225-706-8449, ext. 210
Facsimile: 225-922-4550
Email: gavinrichard@icloud.com
*Attorney for the Plaintiff*

**PLEASE SERVE:**

**Sharon L. Clark**
1426 Napoleon Ave.
New Orleans, LA 70115

**Sophie B. Wright High School**
**a/d/b Institute for Academic Excellence**
Through Agent for Service
Sharon L. Clark
1426 Napoleon Ave.
New Orleans, LA 70115



E-Filed

A
Section 16

FILED
2023 APR 23 P 10:20
CIVIL
DISTRICT COURT

| | |
|---|---|
| **HEATHER CALDWELL** | **DOCKET NO.: _________ SEC.:** |
| **VERSUS** | **CIVIL DISTRICT COURT** |
| **INSTITUTE OF ACADEMIC EXCELLENCE A/D/B SOPHIE B. WRIGHT HIGH SCHOOL, A B C INSURANCE COMPANY AND SHARON L. CLARK** | **PARISH OF ORLEANS** |
| | **STATE OF LOUISIANA** |

REQUEST FOR WRITTEN NOTICE

In accordance with the provisions of Article 1571 and1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send us, as counsel or record for Petitioner, written notice, by mail, at least ten (10) days in advance of any date fixed for any assignment of fixing of said case.

Additionally, in accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for notice is made with full reservation of all rights and we thank you for your customary courtesy and cooperation.

Respectfully submitted:

/s/ Larry M. Aisola, Jr.
Larry M. Aisola, Jr., #27934
8352 Lafitte Ct., Suite B
Chalmette, Louisiana 70043
Telephone: (504) 913-6182
Email: LawLMAJ@aol.com
Attorney for Plaintiff



E-Filed